# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0154
Lower Tribunal No. 2023DR-010124-0000-00

———————————————

JOHNNIE RAY MURRAY,

Appellant,

v.

ERIKA NICOLE MURRAY o/b/o HALLIE NICOLE MURRAY,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

September 13, 2024

PER CURIAM.

AFFIRMED. *See Eaton v. Eaton*, 293 So. 3d 567, 568 (Fla. 1st DCA 2020).

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellant.

Richard McKinley, of McKinley Law Firm, P.A., Bartow, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED